UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | NO. 3:14-00059 |
| | ) | JUDGE CAMPBELL |
| JESUS ARAGON and BRANDON NGUYEN | ) | |

## ORDER

The Court attempted to hold a status conference in this case on May 12, 2014, but counsel for Defendant Nguyen, Eileen M. Parrish, failed to attend.  On or before May 16, 2014, counsel for Defendant Nguyen, shall file a notice with the Court explaining her failure to attend the status conference.

It is so ORDERED.

_Todd Campbell_____
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE