UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | NO. 3:14-00059 |
| ) | JUDGE CAMPBELL |
| JESUS ARAGON and BRANDON NGUYEN ) | |

ORDER

The pretrial conference and/or change of plea hearing scheduled for June 2, 2014, is RESCHEDULED for June 9, 2014, at 4:30 p.m.

It is so ORDERED.

_____
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE